UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BOLANA CAPITOL ENTERPRISES, INC.
4922 Nannie Helen Burroughs Avenue, NE,
Suite 102, Washington, DC 20019

        *Plaintiff*,

v.

CORE DC LLC
1020 Bladensburg Road NE
Washington, DC 20002

      **Serve on Resident Agent:**
      Business Filings Incorporated
      1015 15th Street NW, #1000
      Washington, DC 20005

and

JACK BROWN
1341 H. Street NE, Suite 201
Washington, DC 20002

and

DC DEPARTMENT OF GENERAL
SERVICES
Frank D Reeves Municipal Building
2000 14th Street, NW – 8th Floor
Washington, DC 20009

      **Serve on:**
      Mayor of the District of Columbia
      441 4th Street, NW
      Washington, DC 20001

      **Serve on:**
      Attorney General for the District of
      Columbia
      400 6th Street, NW
      Washington, DC 20001

        *Defendants*.

Case No. _____

JURY TRIAL DEMANDED

## COMPLAINT FOR ECONOMIC DAMAGES

The Plaintiff, Bolana Capitol Enterprises, Inc., by their undersigned counsel, files this Complaint against the Defendants, CORE DC LLC and Jack Brown, for economic damages in excess of $1,000,000.00, and in support, allege as follows:

## PARTIES, JURISDICTION AND VENUE

1.      Plaintiff, Bolana Capitol Enterprises, Inc. (herein "Bolana") is a corporation incorporated in the District of Columbia, and located at 4922 Nannie Helen Burroughs Avenue, NE, Suite 102, Washington, DC 20019.

2.      Defendant, CORE DC LLC (herein "CORE DC"), is a corporation incorporated in the District of Columbia, and located at 1020 Bladensburg Road NE, Washington, DC 20002.

3.      Defendant, Jack Brown, is an individual with his place of business located at 1341 H. Street NE, Suite 201, Washington, DC 20002.

4.      Defendant, DC Department of General Services ("DGS") is a governmental entity of the District of Columbia.

5.      Jurisdiction is based on DC CODE § 11-501(4).

6.      Venue is based on 28 U.S.C. §1391.

## FACTUAL BACKGROUND

7.      Plaintiff, Bolana, is a business that provides janitorial and commercial cleaning services in the state of Maryland and the District of Columbia.

8.      Defendant, CORE DC, is a subcontractor to DGS.

9.      Bolana contracted with CORE DC to wit Bolana would provide cleaning services to CORE DC for two properties: The Aya Short Term Family Housing Facility (herein the "Aya Property") located at 4645 Nannie Helen Burroughs Avenue, NE, Suite 205, Washington, DC

20019, and to The Terrell Short Term Family housing (STFH) Site 8 property (herein the "Terrell Property") located at 4922 Nannie Helen Burroughs Avenue, NE, Suite 102, Washington, DC 20019. The contracts are attached hereto as Exhibits A and B, respectively.

10.     Under the terms of Bolana's contracts with CORE DC, CORE DC agreed to pay $34,376 per month for the Aya Property, and $33,198 per month for the Terrell Property. These amounts were later modified during an annual contract renewal, and CORE DC agreed to pay $38,253.57 per month for the Aya Property, and $36,942.82 per month for the Terrell Property, effective July 1, 2023. See Exhibits A and B; contract renewal herein as Exhibit C.

11.     Bolana has performed in accordance with the contracts and has faithfully rendered services for years.

12.     CORE DC has failed to pay Bolana in accord with its agreement for the period of May 2, 2022 through December 1, 2023 totaling $1,181,669.78. See Statement of Account, Exhibit D.

13.     From May 2022 through present, Bolana has attempted to come to a business solution to the outstanding debt. Communication from CORE DC with respect to the outstanding balance has been intermittent, and CORE DC continues to string Bolana along with promises of payment that never comes.

14.     In an email dated July 21, 2023, **CORE DC expressly acknowledged the debt** and promised to pay an additional $100,000 per month in addition to monthly payments beginning in August, until the outstanding debt is paid in full. See Exhibit E. However, those promised payments were not made.

15.     On September 1, 2023, Bolana, through undersigned counsel, issued a formal demand for prompt payment of all outstanding debts owed, which at the time totaled $1,160,380.83.  See Exhibit F.

16.     Within hours of sending the demand letter, CORE DC Managing Director, Curtis Brown, responded by email that the letter was received, and payment would be issued by the end of the following week (i.e., September 8, 2023). See Exhibit G.  Contrary to that promise, the payment was never made.

17.     On September 18, 2023, Bolana, through undersigned counsel, issued a second demand letter requesting partial payment in lieu of enforcement action.  See Exhibit H.

18.     On September 18, 2023, following the issuance of the second demand letter, counsel for Bolana was contacted by counsel for CORE DC.  On that telephone call, CORE DC's counsel represented that $200,000 would be wired to Bolana no later than September 22, 2023, and that CORE DC would then stay current while making additional previously agreed payments of $100,000 per month.  When Bolana's counsel attempted to memorialize that conversation in an email, CORE DC's counsel backtracked and then stopped responding until faced with possible litigation.  See Exhibit I.  CORE DC did not make that first payment until October 11, 2023, paying only $100,000 of the $300,000 demanded.

19.     On November 6, 2023, Bolana, through undersigned counsel, issue a third and final demand letter requesting partial payment in lieu of enforcement action.  See Exhibit J.

20.     On November 10, 2023, CORE DC made a wire transfer of only $100,000, and did not acknowledge or abide by the terms of the final demand letter.

21.     This lawsuit followed.

## COUNT I
### (Breach of Contract—Against CORE DC)

22.    Paragraphs 1 through 21 are incorporated by reference into this count as if fully set forth herein.

23.    Plaintiff entered into contracts with CORE DC for cleaning services, which are attached hereto as Exhibits A and B.  The rates for those services were increased during a contract renewal, a copy of which is attached as Exhibit C.

24.    Plaintiff performed cleaning services for CORE DC under the terms of the contracts.

25.    CORE DC has failed to pay Bolana in accord with its agreement for the period of May 2, 2022 through December 1, 2023 totaling $1,181,669.78.  See Statement of Account, Exhibit D.

26.    CORE DC expressly acknowledged the debt.  See Exhibit E.

27.    CORE DC has been placed on notice of the debt repeatedly but has failed to make satisfactory payment.  See Exhibits F, H, and I.

28.    The outstanding balance attributable to CORE DC continues to grow, not only through continued missed payments but by accrual of interest per the contractual terms.

29.    As a direct and proximate result of CORE DC's breach of contract, Plaintiff has suffered significant damage and loss: (a) economic damages for services rendered; (b) loss revenue; and (c) cost and fees related to this litigation.

WHEREFORE, the Plaintiffs respectfully request that this Court enter judgment in favor of the Plaintiff and against the Defendants, in the amount of $1,181,669.78 plus costs and fees, and grant such other and further relief as is just and appropriate under the circumstances.

## COUNT II
## Unjust Enrichment
## (Against All Defendants)

30.     Paragraphs 1 through 29 are incorporated by reference into this count as if fully set forth herein.

31.     Bolana provided valuable agreed-upon services under contract to Defendants.

32.     Defendants acknowledged, accepted, and benefitted from the services provided by Bolana, without compensating Bolana for those services.

33.     It would be inequitable for the defendants to enjoy the benefit of the services provided by Bolana without compensating Bolana.

WHEREFORE, the Plaintiffs respectfully request that this Court enter judgment in favor of the Plaintiff and against the Defendants, in the amount of $1,181,669.78 plus costs and fees, and grant such other and further relief as is just and appropriate under the circumstances.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Court enter judgment in favor of the Plaintiff and against the Defendants, in the amount of $1,181,669.78plus costs and fees, and grant such other and further relief as is just and appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all Counts for which they have the right to a jury.

Dated:  December 7, 2023                          Respectfully submitted,

                                        **DLA PIPER LLP (US)**

                                        _/s/ Jonathan Rose_
                                        Jonathan Rose (Bar # 446208)
                                        DLA Piper LLP (US)
                                        500 Eighth Street, NW

Washington, DC 20004
Telephone: (202) 799-4310
Email: jonathan.rose@us.dlapiper.com

William F. Kiniry, III (*Pro Hac Vice to be submitted*)
DLA Piper LLP (US)
650 S. Exeter St.
Baltimore, MD 21202
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Email: william.kiniryiii@us.dlapiper.com

*Attorneys for Plaintiffs*